IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN SHIRLEY**  **PLAINTIFF**
**ADC #144488**

v.   CASE NO. 2:23-CV-00113-BSM

**JOHNSON,** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Unites States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 10] is adopted and Steven Shirley's claims against Johnson are dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE