IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN SHANE SHIRLEY                                                                 PLAINTIFF
ADC #144488

v.                              CASE NO. 2:23-CV-00113-BSM

LATASHA L DAVIS, *et al.*                                                            DEFENDANTS

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition of summary judgment for failure for exhaust administrative remedies [Doc. No. 36] is adopted and Steven Shirley's complaint is dismissed without prejudice. Shirley alleges that he filed a grievance about the incident at issue that "vanished," Pl.'s Objs. to Recommended Disposition 2, 5, Doc. No. 39, and "inmates are excused from exhausting remedies when officials have prevented prisoners from utilizing the procedures . . . ." *Porter v. Sturm*, 781 F.3d 448, 452 (8th Cir. 2015) (cleaned up). Judge Ervin's recommended disposition is correct, however, because Shirley has not shown that defendants or other prison officials were responsible for the disappearance of his grievance, nor that his attempt to file it occurred within 15 days of the incident as required by the Arkansas Division of Correction grievance procedure. *See* Statement of Facts ¶ 14, Doc. No. 34.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE