IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN SHANE SHIRLEY**  **PLAINTIFF**
**ADC #144488**

v.    CASE NO. 2:23-CV-00113-BSM

**LATASHA L DAVIS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE